CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
March 27, 2025
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **TONY RYAN MITCHELL,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24CV00005 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **LELAND DUDEK, Acting Commissioner of Social Security,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendant. | ) | |

The court having accepted the magistrate judge's Report and Recommendation, ECF No. 14, final judgment is hereby entered in favor of the Defendant.

It is so **ORDERED**.

Nothing further being required herein, the Clerk shall close the case.

ENTER: March 27, 2025

/s/ JAMES P. JONES
Senior United States District Judge